**188**

392 P.2d 18

**Otto THOMPSON, Petitioner,**

v.

**The STATE of New Mexico, Respondent.**

**No. 64 HC.**

Supreme Court of New Mexico.

May 6, 1964.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be, and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied for failure of the petitioner to exhaust available District Court remedies.

392 P.2d 18

**Everett R. DOWNING, Petitioner,**

v.

**Harold A. COX, Warden of the New Mexico State Penitentiary, Respondent.**

**No. 66 HC.**

Supreme Court of New Mexico.

May 12, 1964.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be, and the same is hereby granted, and the motion for an appeal be and the same is hereby denied.

392 P.2d 18

**J. L. GUY, Jr., Petitioner,**

v.

**A. K. MONTGOMERY, President The Penitentiary of New Mexico, a New Mexico Corporation, Santa Fe, New Mexico, et al., Respondents.**

**No. 67 HC.**

Supreme Court of New Mexico.

May 13, 1964.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that free process be and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied for failure of petitioner to exhaust available District Court remedy.